# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-02606-SVW | Date | April 5, 2019 |
|---|---|---|---|
| Title | *In Re Paula Parisi* | | |

Present: The Honorable STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Appellant: | Attorneys Present for Appellees: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER DENYING EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER [7]

Having reviewed Appellant's ex parte motion for a temporary restraining order, Dkt. 7, the Court DENIES Appellant's motion.

IT IS SO ORDERED.

| | : |
|---|---|
| Initials of Preparer | PMC |